PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900



FILED
Jul 07, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PEDRO LUIS MILLAN, <br> aka Peter Millan, <br><br> Defendant. | CASE NO. 2:22-cr-0149-KJM <br><br> 18 U.S.C. § 2251(a) and (e) – Conspiracy to Sexually Exploit a Child; 18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography; 18 U.S.C. § 2253(a) – Criminal Forfeiture |

INDICTMENT

COUNT ONE: [18 U.S.C. § 2251(a) and (e) – Conspiracy to Sexually Exploit a Child]

The Grand Jury charges: T H A T

PEDRO LUIS MILLAN,
aka Peter Millan,

defendant herein, between on or about May 13, 2021, and continuing through on or about May 20, 2021, in the State and Eastern District of California and elsewhere, did knowingly conspire with Person A to employ, persuade, entice, induce, and use a minor, identified as "Child Victim 1," to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, when the defendant knew and had reason to know that such visual depictions would be transported and transmitted using a means and facility of

1  interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual
2  depictions were produced and transmitted using materials that had been mailed, shipped, and
3  transported in and affecting interstate and foreign commerce by any means, including by computer, all
4  in violation of Title 18, United States Code, Sections 2251(a) and (e).

5  COUNT TWO: [18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography]

6        The Grand Jury further charges: T H A T

7                        PEDRO LUIS MILLAN,
                         aka Peter Millan,

9  defendant herein, beginning on or about May 15, 2021, and continuing through on or about May 20,
10 2021, in the State and Eastern District of California, and elsewhere, did knowingly and intentionally
11 receive one or more visual depictions, using a means and facility of interstate commerce, and which was
12 mailed, shipped, and transported in and affecting interstate commerce, by any means including by
13 computer, where the production of such visual depiction involved the use of a minor engaging in
14 sexually explicit conduct, and such visual depiction is of such conduct as defined in Title 18, United
15 States Code, Section 2256(2), to wit: the defendant used an Apple iPhone XS Max smartphone, Kik
16 Messenger, and the internet to receive one or more images depicting a minor engaging in sexually
17 explicit conduct, all in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

18 FORFEITURE ALLEGATION: [18 U.S.C. § 2253(a) - Criminal Forfeiture]

19     1.    Upon conviction of one or more of the offenses alleged in Counts One and Two of this
20 Indictment, defendant PEDRO LUIS MILLAN, aka Peter Millan, shall forfeit to the United States
21 pursuant to 18 U.S.C. § 2253(a), any and all matter which contains visual depictions produced,
22 transported, mailed, shipped or received in violation thereof; any property, real or personal,
23 constituting or traceable to gross profits or other proceeds the defendant obtained as a result of said
24 violations; and any property, real or personal, used or intended to be used to commit and to promote
25 the commission of such violations, or any property traceable to such property, including but not
26 limited to:

27         a.    Apple iPhone Model XS Max, IMEI number 357265098434192.
28 ///

INDICTMENT                       2

2. If any property subject to forfeiture as a result of the offenses alleged in Counts One and Two of this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

PHILLIP A. TALBERT
United States Attorney

INDICTMENT

3

No. 2:22-cr-0149-KJM

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
vs.

PEDRO LUIS MILLAN,
aka Peter Millan,

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 2251(a) and (e) – Conspiracy to Sexually Exploit a Child; 18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography; 18 U.S.C. § 2253(a) – Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**
_____
*Foreman.*

*Filed in open court this* 7th *day of* July *, A.D. 20* 22

PBuzo
_____
*Clerk.*

Bail, $ No bail bench warrant issued.

July 7, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

<u>United States v. Pedro Luis Millan a/k/a Peter Millan</u>
**Penalties for Indictment**

**Defendant**
Pedro Luis Millan (a/k/a Peter Millan)

| | |
|---|---|
| **COUNT 1:** | **ALL DEFENDANTS** |
| VIOLATION: | 18 U.S.C. § 2251(a) and (e) – Conspiracy to Produce Child Pornography |
| PENALTIES: | Mandatory minimum of 15 years in prison and a maximum of up to 30 years in prison; or<br>Fine of up to $250,000; or both fine and imprisonment<br>Supervised release of at least 5 years up to life |

SPECIAL ASSESSMENT: $100 (mandatory on each count)

| | |
|---|---|
| **COUNT 2:** | **ALL DEFENDANTS** |
| VIOLATION: | 18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography |
| PENALTIES: | Mandatory minimum of 5 years in prison and a maximum of 20 years in prison; or<br>Fine of up to $250,000; or both fine and imprisonment<br>Supervised release of at least 5 years up to life |

SPECIAL ASSESSMENT: $100 (mandatory on each count)

| | |
|---|---|
| **FORFEITURE ALLEGATION:** | **Defendant** |
| VIOLATION: | 18 U.S.C. § 2253(a) - Criminal Forfeiture |
| PENALTIES: | As stated in the charging document |