PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Jul 07, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO LUIS MILLAN,<br>  aka Peter Millan,<br><br>Defendant. | CASE NO.   2:22-cr-0149-KJM<br><br>PETITION TO SEAL INDICTMENT |

TO THE HONORABLE DEBORAH BARNES, UNITED STATES MAGISTRATE JUDGE:

COMES NOW DENISE N. YASINOW, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. I have presented to the Grand Jury now in session in the City of Sacramento, California, one proposed indictment charging the above-named defendant with violations of Title 18 United States Code, Sections 2251 (a) and (e), and 2252(a)(2).

2. The indictment has been returned by the Grand Jury to this Honorable Court.

3. The investigating agent believes that the above-named defendant poses a flight risk and may be a danger to the community if the charges are made public before an arrest is effected.

1 THEREFORE, your petitioner prays that the aforesaid indictment, this Petition, and the Order to Seal be sealed pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure until the defendant's arrest or until further order of this Court.

DATED: July 7, 2022

Respectfully Submitted,

PHILLIP A. TALBERT
United States Attorney

By: /s/ Denise N. Yasinow
DENISE N. YASINOW
Assistant U.S. Attorney