PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>PEDRO LUIS MILLAN,<br><br>            Defendant. | CASE NO. 2:22-CR-00149-DJC<br><br>**STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT** |

Plaintiff United States of America, by and through its counsel of record, and defendant Pedro Millan, by and through his counsel of record, hereby stipulate as follows:

1. By previous order a status conference in this matter was scheduled for April 24, 2023, and all time up to April 24, 2023, was deemed excluded from the Speedy Trial Act under Local Code T4. ECF 25.

2. The case was then reassigned to this Court and the status conference was vacated. ECF 26. The parties are next available for a status conference on May 11, 2023.

3. By this stipulation and proposed order, the parties now move to reset the status conference in this matter to May 11, 2023, at 9:00 am, with all time until that date excluded under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

**Stipulation and Order Resetting Status Conference**

   a) The discovery associated with this case includes thousands of pages of records, including investigative reports, subpoena materials, and related documents in electronic form. Discovery was produced, pursuant to a protective order, directly to prior defense counsel and was also made available for inspection and copying.

   b) Defense counsel will need time to receive and review the discovery in this case. Defense counsel desires time to consult with his client, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to discuss potential resolutions with his client.

   c) Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 24, 2023, to May 11, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

**Stipulation and Order Resetting Status Conference**

| | |
|---|---|
| Dated: April 20, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ Denise N. Yasinow<br>Denise N. Yasinow<br>Assistant United States Attorney |
| Dated: April 20, 2023 | /s/ Philip Cozens<br>Counsel for Defendant<br>Pedro Millan |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 20th day of April, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

**Stipulation and Order Resetting Status Conference**