PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00149-DJC |
|---|---|
| Plaintiff, | ORDER SHORTENING RULE 35(A) MOTION SCHEDULE |
| v. | |
| PEDRO MILLAN A/K/A PETER MILLAN | |
| Defendant. | |

   This matter came before the Court on the government's motion to shorten time on Rule 35(a) motion hearing.

   Having read and considered the papers submitted, and being fully informed, the Court GRANTS the government's request and FINDS as follows:

   1.   The government worked expeditiously to file its Rule 35(a) motion.

   2.   Good cause exists to shorten the Rule 35(a) motion hearing schedule and hold a hearing on or before October 24, 2024.

   Accordingly,

   IT IS HEREBY ORDERED that the following filing and hearing deadlines shall be put in place:

   1.   Defendant's Opposition/Non-Opposition to government's Rule 35(a) motion is due by 5pm on Friday, October 18, 2024.

1

2. To the extent the government intends to file a reply, it will be due by 5pm on Saturday, October 19, 2024.

3. A hearing on the Government's Rule 35(a) motion shall be held on October 23, 2024 at 9:00 AM in Courtroom 10 before District Judge Daniel J. Calabretta.

IT IS SO ORDERED.

Dated:  October 18, 2024                                    /s/ Daniel J. Calabretta
                                                            THE HONORABLE DANIEL J. CALABRETTA
                                                            UNITED STATES DISTRICT JUDGE